■ ALICE D. SWANSON, Appellant, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INCORPORATED, Respondent, et al., Defendant.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

■ HOLKORN, INC., Appellant, v. PRIDE OF ERIN, INC., et al., Respondents, et al., Defendant.— Order is unanimously modified on the law and in the exercise of discretion, without costs, to the extent of limiting the examination of plaintiff, insofar as it relates to the issues raised by the allegations of the second counterclaim, to the alleged failure of plaintiff " to offer such other evenings first to the party of the second part [defendant] before offering such evenings to members of the party of the second part individually." The above-quoted portion is the language of the contract between the parties, is explicitly pleaded and therefore serves to narrow the scope of the examination under defendant's further allegation that plaintiff rented the hall to " divers other persons." The second counterclaim must depend on defendant's proof that in violation of contract plaintiff rented the premises to individual members of defendant corporation. The order, as so modified, is affirmed. Settle order. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

■ JOSEPH A. SCHAINES, Respondent, v. ROSE SCHAINES, Appellant.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondent. The bill of particulars is to be served within 20 days after service of a copy of the order herein, with notice of entry thereof. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

■ SAUL H. ADLERSTEIN et al., for Themselves and All Other Persons Similarly Situated, Respondents, v. CITY OF NEW YORK et al., Appellants.— Orders and judgment so far as appealed from unanimously affirmed, with costs and disbursements to the respondents. No opinion. Concur — Rabin, P. J., Valente, McNally, Stevens and Bastow, JJ. [11 Misc 2d 754.]

■ ELLIOTT F. CAVELLIER, Appellant, v. MARY H. CAVELLIER, Respondent. — Judgment unanimously affirmed, with costs to the respondent. In considering counsel fees, we have disregarded any services rendered prior to the application which was made at the commencement of the second trial. The sum of $6,750, which represents the amount above the $750 heretofore awarded, is a reasonable fee in the circumstances for the services rendered subsequent to such application. Concur — Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARL EDELSON, Appellant.— Judgments and orders unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ.